Ralph Wuetig, Appellee, v. George Dement, Commissioner of Public Works, and Lloyd Johnson, Commissioner of Streets and Sanitation, Appellants.

Gen. No. 47,142. 

First District, First Division.
October 21, 1957.
Released for publication December 5, 1957.

John C. Melaniphy, Corporation Counsel of Chicago (Sydney R. Drebin and Harry H. Pollack, Assistant Corporation Counsel, of counsel) for defendants-appellants; Melvin A. Brandt and Henry S. Rademacher (Henry S. Rademacher, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.